UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-21313-JB

OSCAR HERRERA,

    Plaintiff,

v.

SISLEY COSMETICS USA, INC.,

    Defendant.

_____ /

### ORDER REQURING STIPULATION OF DISMISSAL AND ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the parties' joint Notice of Settlement. ECF No. [8]. Upon due consideration of the Joint Notice, the pertinent portions of the record, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The parties shall file a Joint Stipulation for Dismissal within **thirty (30) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 21st day of May, 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE