UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:24-cv-21313-JB

**OSCAR HERRERA**,

      Plaintiff,

vs.

**SISLEY COSMETICS USA, INC.,**
**d/b/a SISLEY PARIS, a foreign**
**for-profit corporation**,

      Defendant.

_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

      Plaintiff OSCAR HERRERA, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each party

to bear his/its own attorney's fees and costs.

      Dated:  June 18, 2024

      Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
4800 N. Hiatus Road
Sunrise, FL 33351
T. 954/362-3800
954/362-3779 (Facsimile)
Email:  rhannah@rhannahlaw.com


By____*s/ Roderick V. Hannah*_____
      RODERICK V. HANNAH
      Fla. Bar No. 435384

**LAW OFFICE OF PELAYO**
**DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email: pduran@pelayoduran.com


By ___*s/ Pelayo M. Duran*_____
      PELAYO M. DURAN
      Fla. Bar No. 0146595